**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PERRY BORRELLI, JR., | ) | CA 07 143 ML |
| | ) | Case No. ______________ |
| Plaintiff, | ) | |
| v. | ) | (Formerly Case No. 07-474 |
| | ) | Providence County Superior Court) |
| | ) | |
| JOSEPH CAPPELLI, RBMG, INC., and | ) | |
| THE INTERNAL REVENUE SERVICE | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES OF AMERICA'S NOTICE OF REMOVAL**
**TO THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TO: Edward R. DiPippo, Esquire
1062 Reservoir Avenue
Cranston, Rhode Island 02910

Richard Pacia, Esquire
50 Power Road
Pawtucket, Rhode Island 02860

RBMG, Inc.
7909 Parklane Road
Columbia, South Carolina 29223

PLEASE TAKE NOTICE that the action styled *Perry Borrelli, Jr. v. Joseph Cappelli, et al.*, Case No. 07-474, now pending in the Providence County Superior Court in the state of Rhode Island, is removed to the United States District Court for the District of Rhode Island, by and on behalf of the United States of America, improperly named and sued as "Internal Revenue Service." The action is removable pursuant to the provisions of 28 U.S.C. § 1442(a)(1) as it is brought against an agency of the United States, and pursuant to 28 U.S.C. § 1444, as the waiver of sovereign immunity invoked by the plaintiff, if any, appears in 28 U.S.C. § 2410. Photocopies of the summons and complaint, together with attachments, constituting all non-duplicative

process and pleadings received by the trial attorney for the United States to the date of this notice, are attached as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant United States Attorney

ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Fax: (202) 514-5238

## CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND has this 17th day of April, 2007, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Edward R. DiPippo, Esquire
1062 Reservoir Avenue
Cranston, Rhode Island 02910

Richard Pacia, Esquire
50 Power Road
Pawtucket, Rhode Island 02860

RBMG, Inc.
7909 Parklane Road
Columbia, South Carolina 29223

ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Fax: (202) 514-5238