**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PERRY BORRELLI, JR., Plaintiff, v. JOSEPH CAPPELLI, RBMG, INC., and THE INTERNAL REVENUE SERVICE Defendants. | ) | Case No. CA07-143 ML (Formerly Case No. 07-474 Providence County Superior Court) |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned now appears on behalf of the United States.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Fax: (202) 514-5238

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing NOTICE OF APPEARANCE has this 17th day of April, 2007, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Edward R. DiPippo, Esquire
1062 Reservoir Avenue
Cranston, Rhode Island 02910

Richard Pacia, Esquire
50 Power Road
Pawtucket, Rhode Island 02860

RBMG, Inc.
7909 Parklane Road
Columbia, South Carolina 29223

ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Fax: (202) 514-5238