**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PERRY BORRELLI, JR., Plaintiff, v. JOSEPH CAPPELLI, RBMG, INC., and THE INTERNAL REVENUE SERVICE Defendants. | ) ) ) ) ) ) ) ) ) ) | Case No. CA07-143 ML (Formerly Case No. 07-474 Providence County Superior Court) |

DEFENDANT'S REQUEST FOR ENLARGEMENT
OF TIME TO SERVE RESPONSE TO COMPLAINT

The defendant, the United States of America, by its attorney, Robert Clark Corrente, United States Attorney for the District of Rhode Island, represents that the above-titled action was removed to this Court from the Providence County Superior Court by a Notice of Removal filed on April 18, 2007. Rule 81(c) of the Federal Rules of Civil Procedure governs the procedure in civil actions removed from the state courts to the United States District Courts. Rule 81(c) first provides that the Federal Rules of Civil Procedure apply to removed cases. The Rule goes on to prescribe certain periods for the service of an answer or other defenses, and the governing time period may be as short as five days after removal.

Rule 6(b)(1) of the Federal Rules of Civil Procedure permits the district courts to enter orders enlarging the time in which certain acts are required to be done or may be done. Accordingly, pursuant to the provisions of Rule 6(b)(1) of the Federal Rules of Civil Procedure the United States requests the entry of an order enlarging, to and including May 17, 2007, the time in which the United States shall be permitted to serve an answer, a motion, or such other

response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

In support of this request,[1/] the United States, by its undersigned attorney, represents that enlargement is needed to investigate the allegations in the complaint in order to prepare a meaningful response to the allegations of the several paragraphs of the complaint.[2/]

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant United States Attorney

ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Fax: (202) 514-5238

[1/] The defendant seeks this enlargement of time pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure *"before the expiration of the period originally prescribed."* That Rule provides that an enlargement may be sought under such circumstances *"with or without motion,." i.e.,* by a timely "request." In contrast, an enlargement sought *"after the expiration of the specified period,"* may, under Rule 6(b)(2) of the Federal Rules of Civil Procedure, be sought only *"upon motion."* Thus, this timely request is properly distinguished from a motion, and, the United States submits, is exempt from the separate memorandum requirement of L.R. 7(a).

[2/] The United States and federal officers or employees are ordinarily afforded sixty days after service of a summons and complaint upon them to serve an answer or otherwise to defend in a civil action (*see, e.g.*, Rule 12(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 2410(b)). The enlargement requested here is consistent with the period provided by Section 2410(b).

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing REQUEST FOR ENLARGEMENT has this 17th day of April, 2007, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Edward R. DiPippo, Esquire
1062 Reservoir Avenue
Cranston, Rhode Island 02910

Richard Pacia, Esquire
50 Power Road
Pawtucket, Rhode Island 02860

RBMG, Inc.
7909 Parklane Road
Columbia, South Carolina 29223

ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Fax: (202) 514-5238