RECEIVED
APR 18 2007
Property of U.S. District Court
District of Rhode Island

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

PERRY BORRELLI, JR.,

Plaintiff,

v.

JOSEPH CAPPELLI, RBMG, INC., and THE INTERNAL REVENUE SERVICE

Defendants.

Case No. 07-143 ML

(Formerly Case No. 07-474 Providence County Superior Court)

ORDER ENLARGING TIME OF UNITED STATES TO SERVE RESPONSE TO COMPLAINT

The above-titled matter is before the Court upon the request of the defendant, the United States of America, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for the entry of an order enlarging, to and including May 17, 2007, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action. And the Court, being fully advised in the premises, and having determined that the requisite cause for enlargement of time has been shown,

IT IS ORDERED that the defendant, United States of America, shall have to and including Thursday, May 17, 2007, to serve its answer, motion, or other such response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

DONE and ORDERED at Providence, Rhode Island this 20th day of April, 2007.

Mary M. Lisi
UNITED STATES DISTRICT JUDGE