UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PERRY BORRELLI, JR. | ) | |
| | ) | 07-143 ML |
| v. | ) | C.A. NO. ~~07-474~~ |
| | ) | |
| JOSEPH CAPPELLI, RBMG, INC. and INTERNAL REVENUE SERVICE | ) | |

CERTIFICATION

Pursuant to Local Rule 36(b), the United States of America hereby files certified copies of all pleadings together with a certified copy of the docket sheet reflecting the filing date of the petition for removal.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

Robert J. Kovacev /ag

ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Telephone: 202-307-6541
Fax: 202-514-5238

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2007, I caused a copy of the within Certification to be forwarded, by postage prepaid mail, to

Edward R. DiPippo, Esq.
1062 Reservoir Avenue
Cranston, RI 02910

Richard Pacia, Esq.
50 Power Road
Pawtucket, RI 02860

RBMG, Inc.
7909 Parklane Road
Columbia, South Carolina 29223

Nancy A DiQuinzio

STA OF RHODE ISLAND AND PROVIDENCE F TATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-0474 PERRY BORRELLI JR V JOSEPH CAPPELLI

Filing Date: 01-26-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: DECLARATORY JUDGMENT
Status Date: 05-03-2007

Plaintiff: PERRY BORRELLI
ID: @10885628
Attorney: EDWARD DIPIPPO

Defendant: JOSEPH CAPPELLI
ID: @10885629
Attorney: RICHARD PACIA

Defendant: RBMG INC
ID: @10885630

Defendant: INTERNAL REVENUE SERVICE
ID: @10885631

**Scheduled Events**

| Date | Event | Location | Judge |
|---|---|---|---|

**Prior Events**

| Date | Event | Location | Judge |
|---|---|---|---|

**Case Jacket**

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

**Docket Entry Information**

| Date | Description | Text |
|---|---|---|
| 01-26-2007 | COMPLAINT FILED | |
| 01-26-2007 | INITIAL FILING FEE | |
| 01-26-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP241701. |
| 02-12-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: CAPPELLI, JOSEPH |
| 02-27-2007 | AFFIDAVIT OF SERVICE FILED | EDWARD R. DIPIPPO. |
| 03-16-2007 | ANSWER FILED | TO COMPLNT<br>Affiliated: CAPPELLI, JOSEPH |
| 03-20-2007 | INTEROGATORIES FILED | Affiliated: BORRELLI, PERRY |
| 03-20-2007 | REQUEST FOR PRODUCTION FILED | Affiliated: BORRELLI, PERRY |
| 03-20-2007 | RESPONSE | TO COUNTERCLAIM<br>Affiliated: BORRELLI, PERRY |
| 04-09-2007 | SUMMONS | Affiliated: INTERNAL REVENUE SERVICE |
| 04-09-2007 | PROOF OF SERVICE FILED | SERVED A. GOLD |
| 05-03-2007 | NOTICE OF REMOVAL | Affiliated: INTERNAL REVENUE SERVICE |
| 05-03-2007 | CASE REMVD TO US DISTRICT CT | U.S. DISTRICT COURT CASE #CA 07 143ML<br>Affiliated: INTERNAL REVENUE SERVICE |
| 05-03-2007 | OTH DOC FILED DURING DISCOV | U.S. DISTRICT COURT CASE #CA 07 143ML |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island