**UNITED STATES DISTRICT COURT FOR TStaHE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PERRY BORRELLI, JR. | : | |
| | : | |
| | : | Case No. 07-143 ML |
| | : | |
| JOSEPH CAPPELLI, RBMG, INC., and the INTERNAL REVENUE SERVICE | : | Honorable Judge Mary M. Lisi |

# PLAINTIFF'S STATEMENT PURSUANT TO LR 16(C)

## FACTS

In 2003 Plaintiff, Borrelli, purchased a residential investment property at 33 Steere Avenue, North Providence, Rhode Island. To finance the acquisition of this real estate, Borrelli executed a first mortgage to Coastway Credit Union; this mortgage was subsequently assigned by Coastway to Defendant RBMG. Defendant Cappelli is Plaintiff Borrelli's nephew and a licensed contractor. Cappelli located the property for Borrelli and proposed that he would reside in the property rent free, would pay the mortgage, taxes, insurance and upkeep and would remodel the property. The parties agreed.

Cappelli failed to pay the mortgage and taxes and the bills for remodeling materials. RBMG began foreclosure proceedings. Borrelli was forced to pay approximately $40,000.00 to bring the taxes and mortgage current and pay the unpaid bills relating to the property.

In April, 2006 Borrelli signed a purchase and sale agreement to sell the property. The buyer's title search revealed (1) a notice of lien filed by Cappelli and (2) IRS liens against Cappelli's interests in real estate in North Providence.

## TRAVEL OF THE CASE

Borrelli brought the with action in Rhode Island Superior Court seeking (1) declaratory judgment declaring Cappelli's notice of lien null and void (2) damages for slander of title to Borrelli's real estate (3) damages for interference with the real estate contract (4) return of the approximately $40,000.00 paid for and on behalf of Borrelli. Mortgagee RBMG did not answer. Defendant Cappelli answered and counterclaimed alleging equitable title in the real estate by virtue, inter alia, of constructive and resulting trusts. Defendant IRS answered and removed the case to this court. Discovery filed by Borrelli against Cappelli is presently outstanding.

## ISSUES

The underlying dispute is between Borrelli and Cappelli and their respective interests in the real estate. RBMG and IRS were named as defendants solely because this is an equitable action involving title to real estate and all parties in interest should be included. Borrelli acknowledges that RBMG has a first lien on the real estate and must be paid in full. Borrelli further acknowledges that IRS has a valid lien on any interest of Cappelli and does not contest the IRS liens. The issues before the Court are the respective interests of Borrelli and Cappelli in and to the real estate.

PERRY BORRELLI, JR.
By his Attorney

/S/ Edward R. DiPippo___________
EDWARD R. DIPIPPO # 0370
1062 Reservoir Avenue
Cranston, RI 02910
Tel: (401) 943-3110
Fax: (401) 943-8189
e-mail: erdlaw@cox.net

**CERTIFICATION**

I hereby certify that on June 21, 2007 I mailed a copy of the within Submission to:

Richard Pacia, Esq.
50 Power Road
Pawtucket, RI 02860

Alex T. Case
Trial Attorney, Tax Division
U. S. Department of Justice
P. O. Box 55, Ben Franklin Station
Washington, DC 20044

RBMG, Inc.
7909 Parklane Road
Columbia, SC 29223