**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PERRY BORRELLI, JR., | ) | |
| | ) | Case No. 07-143ML |
| Plaintiff, | ) | |
| v. | ) | (Formerly Case No. 07-474 |
| | ) | Providence County Superior Court) |
| | ) | |
| JOSEPH CAPPELLI, RBMG, INC., and | ) | |
| THE INTERNAL REVENUE SERVICE | ) | Honorable Judge Mary M. Lisi |
| | ) | |
| Defendants. | ) | |

UNITED STATES' MOTION TO CONTINUE SETTLEMENT CONFERENCE

The United States moves the Court to continue the settlement conference, currently scheduled for August 7, 2007 at 2:00 P.M. before Magistrate Judge Martin, to a date and time after September 1, 2007.

A memorandum in support of this motion is filed contemporaneously. Counsel for Perry Borrelli, Jr. and Joseph Cappelli have indicated their support of this motion.

ROBERT CLARK CORRENTE
United States Attorney

s/Alex T. Case
ALEX T. CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6499
Fax: (202) 514-5238
Alex.T.Case@usdoj.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing UNITED STATES' MOTION TO CONTINUE SETTLEMENT CONFERENCE has this 20th day of July, 2007, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Edward R. DiPippo, Esquire
1062 Reservoir Avenue
Cranston, Rhode Island 02910

Richard Pacia, Esquire
50 Power Road
Pawtucket, Rhode Island 02860

RBMG, Inc.
7909 Parklane Road
Columbia, South Carolina 29223

s/Alex T. Case
ALEX T. CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6499
Fax: (202) 514-5238
Alex.T.Case@usdoj.gov