**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PERRY BORRELLI, JR., | ) | |
| | ) | Case No. 07-143ML |
| Plaintiff, | ) | |
| v. | ) | (Formerly Case No. 07-474 |
| | ) | Providence County Superior Court) |
| | ) | |
| JOSEPH CAPPELLI, RBMG, INC., and | ) | |
| THE INTERNAL REVENUE SERVICE | ) | Honorable Judge Mary M. Lisi |
| | ) | |
| Defendants. | ) | |

UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION TO CONTINUE SETTLEMENT CONFERENCE

The United States has moved the Court to continue the settlement conference, currently scheduled for August 7, 2007 at 2:00 P.M. before Magistrate Judge Martin, to a date and time after September 1, 2007.

On April 18, 2007 the United States removed the above-captioned action from Providence County Superior Court to this Court, and filed its answer on May 16, 2007. On June 27, 2007, the Rule 16 Conference was held before Chief Judge Lisi, and the Court's scheduling order was filed the next day. In the scheduling order, the Court has established the discovery due date as October 31, 2007, and established the date dispositive motions are due as November 16, 2007. Approximately one week after the Rule 16 Conference had taken place, the Court set the matter for a settlement conference, to take place on August 7, 2007.

The United States requests that the settlement conference be continued so that it may conduct discovery and gather important information prior to such a conference taking place. The United States asserts that it will be in a better position to discuss a potential settlement and

evaluate any offers or demands after it has conducted the necessary discovery. Counsel for Perry Borrelli, Jr. and Joseph Cappelli have indicated that they, too, believe that allowing more time to conduct discovery prior to the settlement conference will place all parties in a better position to have a more productive settlement conference. To date, it appears that Mr. Borrelli already has served written discovery requests upon Mr. Cappelli. The United States also served written discovery requests upon both Mr. Borrelli and Mr. Cappelli, but, as of this date, the parties' responses are not due until after August 7, 2007.

The United States therefore moves the Court to continue the scheduled August 7, 2007 settlement conference before Magistrate Judge Martin to a date and time after September 1, 2007. As stated, and upon consultation by undersigned counsel, the counsel for both Mr. Borrelli and Mr. Cappelli have indicated their support for this motion.

ROBERT CLARK CORRENTE
United States Attorney

s/Alex T. Case
ALEX T. CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6499
Fax: (202) 514-5238
Alex.T.Case@usdoj.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION TO CONTINUE SETTLEMENT CONFERENCE has this 20th day of July, 2007, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Edward R. DiPippo, Esquire
1062 Reservoir Avenue
Cranston, Rhode Island 02910

Richard Pacia, Esquire
50 Power Road
Pawtucket, Rhode Island 02860

RBMG, Inc.
7909 Parklane Road
Columbia, South Carolina 29223

s/Alex T. Case
ALEX T. CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6499
Fax: (202) 514-5238
Alex.T.Case@usdoj.gov