**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PERRY BORRELLI, JR. | : | |
| | : | |
| vs. | : | Case No. 07-143 ML |
| | : | |
| JOSEPH CAPPELLI, RBMG, INC., and the INTERNAL REVENUE SERVICE | : | Honorable Judge Mary M. Lisi |

**MOTION TO COMPEL**
**PRODUCTION OF DOCUMENTS**

Now comes the Plaintiff and hereby moves, pursuant to *Rule 37(d)*, for an Order compelling Defendant JOSEPH CAPPELLI to respond to a Request for Production, a copy of which is attached hereto as Exhibit "A". Said Request for Production was properly served pursuant to *Rule 34* on March 19, 2007. To date, no production nor objections have been received. The undersigned requests that this Court grant an Order compelling Defendant JOSEPH CAPPELLI to respond to said Request for Production within twenty (20) days pursuant to *Rule 37* and that Defendant JOSEPH CAPPELLI be barred from asserting objections to said Requests for Production as any objections have been waived.

PERRY BORRELLI, JR.
By his attorney

/s/ Edward R. DiPippo______________
EDWARD R. DIPIPPO # 0370
1062 Reservoir Avenue
Cranston, Rhode Island 02910
Tel: (401) 943-3110
Fax: (401) 943-8189
e-mail: erdlaw@cox.net

**ATTORNEY'S CERTIFICATION**

I declare that on June 28, 2007 I sent correspondence to the attorney for Defendant JOSEPH CAPPELLI, a true and correct copy which is attached hereto as Exhibit "B". This correspondence was sent in a good faith effort to confer and obtain response to the Request for Production without Court action.

/s/Edward R. DiPippo_________________
EDWARD R. DIPIPPO

## CERTIFICATION

I hereby certify that on August 9____, 2007 I mailed a copy of the within Motion to:

Richard Pacia, Esq.
50 Power Road
Pawtucket, RI 02860

Alex T. Case
Trial Attorney, Tax Division
U. S. Department of Justice
P. O. Box 55, Ben Franklin Station
Washington, DC 20044

RBMG, Inc.
7909 Parklane Road
Columbia, SC 29223

/s/ Edward R. DiPippo_________________