UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PERRY BORRELLI, JR.<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CAPPELLI, RBMG INC., and<br>THE INTERNAL REVENUE SERVICE,<br><br>Defendants. | Case No.1:07-cv-00143-ML-DLM<br><br>(Formerly Case No. 07-474<br>Providence County Superior Court) |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendant, Federal Deposit Insurance Corporation in its capacity as Receiver for NetBank, of which, misnamed defendant, RBMG Inc., is a division. An entity named RBMG Inc. did at one time exist as a separate corporate entity. However, it was merged into NetBank and thereupon ceased to be a separate entity and became a division within NetBank.

This notice is filed pursuant to Local Rule 204(b)(1). The Federal Deposit Insurance Corporation is an agency of the United States. I am employed as a Senior Attorney by the Federal Deposit Insurance Corporation, and am admitted to practice in the courts of New York, Connecticut and Massachusetts, and in the United States District Courts for: the Southern District of New York, the Eastern District of New York, Connecticut and Massachusetts.

I am in good standing in all courts in which I am admitted.

Respectfully submitted,

LINDA S. CHARET
Senior Attorney

Linda S. Charet BBO# 666031

Federal Deposit Insurance Corporation in its
capacity as Receiver of NetBank
(misnamed in the caption as RBMG, Inc.)
20 Exchange Place – 6th Floor
New York, New York 10005
Tel. 917.320.2853
Fax 917.320.2917
Email: lcharet@fdic.gov

# CERTIFICATE OF SERVICE

I, Linda S. Charet, hereby certify that on December 5, 2007, I served a true copy of Notice of Appearance was served upon attorneys of record via first class mail postage paid upon:

Edward R. DiPippo Esq.
1062 Reservoir Avenue
Cranston, Rhode Island 02910

Richard A. Pacia, Esq.
Pacia Law Associates, LLC
50 Power Road
Suite 200
Pawtucket, Rhode Island 02860

Alex T. Case, Esq.
US Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044-0055

Robert J. Kovacev, Esq.
US Department of Justice, Tax Division
PO Box 55, Ben Franklin Station
Washington, DC 20044

Linda S. Charet BBO# 666031
Senior Attorney

Federal Deposit Insurance Corporation in its capacity as Receiver of NetBank
(misnamed in the caption as RBMG, Inc.)
20 Exchange Place – 6th Floor
New York, New York 10005
Tel (917) 320-2853
Fax (917) 320-2917
Email: lcharet@fdic.gov