**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

PERRY BORRELLI, JR.

Plaintiff,

VS.

JOSEPH CAPPELLI, RBMG, INC., and
The INTERNAL REVENUE SERVICE

Defendants.

Case No. 07-143ML

(Formerly Case No. 07-474
Providence County Superior Court)

Honorable Jude Mary M. Lisi

**DEFENDANT JOSEPH CAPPELLI'S MOTION TO CONTINUE DATE FOR SUBMISSION OF JOINT PRE-TRIAL ORDER AND CONTINUANCE OF TRIAL DATE**

Now comes the Defendant, Joseph Cappelli, in the above-captioned matter, and hereby moves this Honorable Court to continue the date for submission of the Joint Pre-Trial Order, and continue the date of the trial.

WHEREFORE, Defendant prays that the Pre-Trial Conference and submission of the Pre-Trial Order in this matter be continued for at least sixty (60) days, and that the trial date be continued to a date thereafter to be determined by the Court.

JOSEPH CAPPELLI,
By his Attorney,
Richard A. Pacia Law Associates, LLC

/S/ Richard A. Pacia
Richard A. Pacia, Esquire #2348
50 Power Road, Suite 200
Pawtucket, RI 02860
Tel: (401) 728-1600
Fax: (401) 722-8719
Email: Richard@pacialawassociates.com

# **CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid to the following on ______________________, 2007:

Alex T. Case, Esquire
Trial Attorney, Tax Division
US Department of Justice
PO Box 555 Ben Franklin Station
Washington, DC 20444

Edward R. Dipippo, Esquire
1062 Reservior Avenue
Cranston, RI 02910

Linda S. Charet, Esquire
20 Exchange Place—6th Floor
New York, NY 10005

/s/ Richard A. Pacia