**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

PERRY BORRELLI, JR.

Plaintiff,

VS.

JOSEPH CAPPELLI, RBMG, INC., and
The INTERNAL REVENUE SERVICE

Defendants.

Case No. 07-143ML

(Formerly Case No. 07-474
Providence County Superior Court)

Honorable Jude Mary M. Lisi

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT JOSEPH CAPPELLI'S MOTION TO CONTINUE DATE FOR SUBMISSION OF JOINT PRE-TRIAL ORDER AND CONTINUANCE OF TRIAL DATE**

In support of said motion and as grounds therefore, the Defendant, Joseph Cappelli submits the attached Memorandum of Law in Support of said Motion:

1. The parties reached a settlement at the Settlement Conference sponsored by the Court.

2. The settlement was predicated upon the sale of the real estate, the ownership of which is in controversy and dispute in this litigation.

3. At the time of the attainment of the settlement, the real estate was occupied by a tenant who is related to the plaintiff. The tenant had represented that he was going to buy the real estate and the tenant, upon information and belief, had been approved for financing.

4. Subsequent to the settlement, the parties have learned that the tenant/prospective purchaser has decided not to buy the property and has moved out.

5. The parties subsequently met again with Magistrate Martin, informed him of the foregoing change of circumstances, and requested additional time, in light of the changed circumstances, to continue to resolve their differences.

6. Since the last meeting with Magistrate Martin, the parties have been working diligently to find "common ground" and attain settlement, and remain committed and optimistic that they will do so. Time, however, is needed to address the issues in light of the changed circumstances, which include the change in market conditions, and the rehabilitation, repair, and carrying costs which will now arise in light of the recent vacancy of the property.

7. Recently, a new Defendant was substituted for a previous party, and counsel for the Defendant Cappelli is unsure if this fact requires that the new Defendant be provided additional time to be prepared, in light of notice and procedural requirements.

8. Magistrate Martin graciously has agreed to continue the Settlement Conference to December 29, 2007.

9. The Plaintiff Borrelli and the IRS have conferred with Defendant's counsel and are in agreement that a continuance is warranted, and join in said request.

10. This is the first continuance requested.

11. Additional time is needed, so that the window of settlement which is still open may not be needlessly slammed shut on the parties.

JOSEPH CAPPELLI,
By his Attorney,
Richard A. Pacia Law Associates, LLC

/S/ Richard A. Pacia
Richard A. Pacia, Esquire #2348
50 Power Road, Suite 200
Pawtucket, RI 02860
Tel: (401) 728-1600
Fax: (401) 722-8719
Email: Richard@pacialawassociates.com

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid to the following on ______________________, 2007:

Alex T. Case, Esquire
Trial Attorney, Tax Division
US Department of Justice
PO Box 555 Ben Franklin Station
Washington, DC 20444

Edward R. Dipippo, Esquire
1062 Reservior Avenue
Cranston, RI 02910

Linda S. Charet, Esquire
20 Exchange Place—6th Floor
New York, NY 10005

/s/ Richard A. Pacia