**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PERRY BORRELLI, JR., | ) | |
| | ) | Case No. 07-143ML |
| Plaintiff, | ) | |
| v. | ) | (Formerly Case No. 07-474 |
| | ) | Providence County Superior Court) |
| | ) | |
| JOSEPH CAPPELLI, RBMG, INC., and | ) | |
| THE INTERNAL REVENUE SERVICE, | ) | Honorable Judge Mary M. Lisi |
| | ) | Magistrate Judge Martin |
| Defendants. | ) | |

REQUEST TO CONTINUE THE DATE FOR SUBMISSION OF THE PRE-TRIAL MEMORANDUM AND TO CONTINUE THE TRIAL DATE[1]

Now comes the defendant, the United States of America on behalf of its agency the Internal Revenue Service, and requests the Court to continue the date for submission of the pre-trial memorandum, and to continue the trial date. Currently, the parties must submit a pre-trial memorandum on March 3, 2008. The Court has not yet set a date for trial.

On September 27, 2007, Magistrate Judge Martin conducted a settlement conference with plaintiff Perry Borrelli, and defendants Joseph Cappelli and the United States. At the conference, the parties reached a tentative agreement regarding the sale of the property at issue in the case. Subsequent to the settlement conference, the potential buyer of the property decided to not purchase the property. Since that time, the parties continued to work to implement the settlement tentatively reached at the settlement conference, in light of the loss of the potential buyer.

[1] The parties seek this enlargement of time pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure *"before the expiration of the period originally prescribed."* That Rule provides that an enlargement may be sought under such circumstances *"with or with-out motion,." i.e.,* by a timely "request." In contrast, an enlargement sought *"after the expiration of the specified period,"* may, under Rule 6(b)(2) of the Federal Rules of Civil Procedure, be sought only *"upon motion."*

Most recently, on February 11, 2008, the plaintiff Perry Borrelli submitted an offer to the United States. On February 21, 2008, the United States conditionally accepted the offer subject to certain amendments. Also on that date, the United States sent letters to each of the parties stating that it would accept the offer if the certain amendments were made, along with a proposed Stipulated Judgment and Order for filing with the Court.

As the United States remains optimistic that the parties will reach a settlement in the matter, and in the interests of judicial economy and in an effort to save the time and resources of the parties, the United States requests that the Court continue the date for submission of the pretrial memorandum to March 31, 2008. The United States also requests the continuance of the associated trial, however the Court has not yet set a trial date. The United States has sought the assent of the parties in the case, and they all agree to the United States' request for continuance.

ROBERT CLARK CORRENTE
United States Attorney

*/s/Alex T. Case*
ALEX T. CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6499
Fax: (202) 514-5238
Email: Alex.T.Case@usdoj.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing REQUEST TO CONTINUE THE DATE FOR SUBMISSION OF THE PRE-TRIAL MEMORANDUM AND TO CONTINUE THE TRIAL DATE has this 26th day of February, 2008, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Edward R. DiPippo, Esquire
1062 Reservoir Avenue
Cranston, Rhode Island 02910

Richard Pacia, Esquire
50 Power Road
Pawtucket, Rhode Island 02860

Linda S. Charet BBO
Senior Attorney
Federal Deposit Insurance Company
in is capacity as Receiver of NetBank
(misnamed in the caption as RBMG, Inc.)
20 Exchange Place - 6th Floor
New York, New York 10005

s/Alex T. Case
ALEX T. CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6499
Fax: (202) 514-5238
Email: Alex.T.Case@usdoj.gov