**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PERRY BORRELLI, JR., | ) | |
| | ) | Case No. 07-143ML |
| Plaintiff, | ) | |
| v. | ) | (Formerly Case No. 07-474 |
| | ) | Providence County Superior Court) |
| | ) | |
| JOSEPH CAPPELLI, RBMG, INC., and | ) | |
| THE INTERNAL REVENUE SERVICE, | ) | Honorable Judge Mary M. Lisi |
| | ) | Magistrate Judge Martin |
| Defendants. | ) | |

UNITED STATES' MOTION FOR ENTRY OF STIPULATED ORDER

Now comes the United States of American, on behalf of its agency the Internal Revenue Service, and submits the annexed Stipulated Judgment and Order for the Court's consideration. The United States moves the Court to approve and enter the Stipulated Judgment and Order.

ROBERT CLARK CORRENTE
United States Attorney

*/s/Alex T. Case*
ALEX T. CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6499
Fax: (202) 514-5238
Email: Alex.T.Case@usdoj.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing UNITED STATES' MOTION FOR ENTRY OF STIPULATED ORDER has this 30th day of April, 2008, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Edward R. DiPippo, Esquire
1062 Reservoir Avenue
Cranston, Rhode Island 02910

Richard Pacia, Esquire
50 Power Road
Pawtucket, Rhode Island 02860

Linda S. Charet BBO
Senior Attorney
Federal Deposit Insurance Company
in is capacity as Receiver of NetBank
(misnamed in the caption as RBMG, Inc.)
20 Exchange Place - 6th Floor
New York, New York 10005

*s/Alex T. Case*
ALEX T. CASE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6499
Fax: (202) 514-5238
Email: Alex.T.Case@usdoj.gov